# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TOMIE JOE BARRAS                                                                          PLAINTIFF

v.                                          No. 3:12CV00079 JTR

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 5th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE